```
UNITED STATES DISTRICT COURT            Wheel A
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :      NOTICE OF INTENT
                                 :
          - v. -                 :      21 Cr.
                                 :
JORDAN SUDBERG,                  :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - X
```

21 CRIM 720

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         October 22, 2021

                              DAMIAN WILLIAMS
                              United States Attorney

                         By:  _____
                              ALEXANDRA ROTHMAN
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              BENJAMIN BRAFMAN, ESQ.
                              Attorney for Jordan Sudberg